**Order entered August 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00689-CR

**GARY MYRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30519CC**

## ORDER

Appellant's motion for an extension of time to file a motion for rehearing, filed on August 8, 2013, is **GRANTED**. The deadline for appellant to file his motion for rehearing is hereby extended to **Monday, September 9, 2013**. *See* TEX. R. APP. P. 49.1, 49.8.

/s/    LANA MYERS
       JUSTICE